**Order entered December 12, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00664-CR

**LAPORSHA ANN WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-75329-R**

## ORDER

Before the Court is the State's December 10, 2019 second motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received that same day filed as of the date of this order.

/s/    BILL PEDERSEN, III
       JUSTICE